IN THE UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| Plaintiff – Appellee : | |
| : | |
| V. : | CASE NO. 15-4719 |
| : | |
| PHILLIP ALLEN MCGEE : | |
| Defendant – Appellant : | |

MOTION FOR SEVERANCE BRIEF

Now comes the Appellant, Phillip Allen McGee, by and through counsel, and makes the following Motion for Severance and says and alleges:

1. The cases of United States v. Tracy Alan McDonald (15-4710), United States v. Phillip Allen McGee (15-4719), and United States v. Thomas Leslie Snead (15-4724), United States v. Thomas Jenkins, II (15-4738), United States v. Alex Odom, Jr. (15-4762), and United States v. Nanci Byrd (15-4777) have been consolidated for appeal.

2. A briefing order was issued in this case scheduling the joint appendix and the opening brief being due March 11, 2016.

3. The defendant, Phillip Allen McGee, by and through counsel, will file an Anders brief.

4. Counsel has substantially completed the Anders brief.

Now therefore, the Appellant, Phillip Allen McGee, moves that Phillip Allen McGee's case be severed on appeal from Tracy Alan McDonald, Thomas Leslie Snead, Thomas Jenkins, II, Alex Odom, Jr. and Nanci Byrd.

Respectfully submitted,

This the 10th day of February, 2016.

/s/ George E. Crump, III
George E. Crump, III
Attorney at Law   N.C.S.B. # 7676
PO Box 1523
Rockingham, NC 28380
(910) 997-5544
Attorney for the Appellant, Phillip McGee

CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of February, 2016, I caused this Motion for Severance Brief to be filed electronically with the Clerk of Court using CM/ECF System, which will send notice of such filing to the following registered CM/ECF users:

Clifton Thomas Barrett
Office of the U.S. Attorney
101 S. Edgeworth St., 4th Floor
Greensboro, NC 27402
(336) 333-5351

This the 10th day of February, 2016.

_____
George E. Crump, III
Attorney at Law N.C.S.B. #7676
PO Box 1523
Rockingham, NC 28380
(910) 997-5544
georgecrump@bellsouth.net
Attorney for the Appellant,
Phillip Allen McGee