FILED:  February 10, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-4719
(1:15-cr-00053-CCE-1)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

PHILLIP ALLEN MCGEE

Defendant - Appellant

_____

No. 15-4710(L)
(1:15-cr-00053-CCE-5)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

TRACY ALAN MCDONALD, a/k/a T-Mac

Defendant - Appellant

_____

O R D E R

_____

The court grants the motion to deconsolidate and deconsolidates case No. 15-4719 from further proceedings on appeal with case No 15-4710(L).

For the Court--By Direction

/s/ Patricia S. Connor, Clerk